# RESCRIPTS WITHOUT OPINIONS.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

JAMES LANDERS *vs.* LOUIS C. CYR. March 8, 1945. Exceptions overruled. This is an action of contract brought in the Superior Court on an account annexed to recover a balance of $1,043.89 and interest for crushing stone. The case was tried before a judge sitting without a jury who found for the plaintiff in the sum of $47.18. The plaintiff excepted to the admission of certain evidence. The bill of exceptions, however, does not state that it contains all the evidence material to the exceptions. The bill fails to show enough to enable this court to determine whether the plaintiff was harmed by the admission of the evidence. The burden was upon the excepting party to show prejudicial error. Consequently the exceptions must be overruled. See *Posell* v. *Herscovitz*, 237 Mass. 513, 516–517.

The case was submitted on briefs.

*A. Gerson*, for the plaintiff.

*J. J. McDonnell*, for the defendant.

HAROLD W. BURNHAM *vs.* JAMES F. ELLSWORTH. March 8, 1945. Order dismissing report affirmed. This action of contract was brought in the Municipal Court of the City of Boston. The defendant was defaulted. Thereafter the defendant filed a motion supported by affidavit to remove the default. After hearing upon the record and the affidavit — no other documents or oral evidence being presented — the motion was denied. There was a report to the Appellate Division which was dismissed, and the defendant appealed to this court. The record discloses no abuse of discretion amounting to error of law in the denial of the motion.

*F. G. Bauer*, for the defendant.

*J. P. McNamara*, for the plaintiff.